# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT MATHIS

      v.

MICHAEL ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5641FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

  June 18, 2007                                                          BRUCE RIFKIN
Date                                                                                 Clerk

                                                                                      *s/Caroline M. Gonzalez*
                                                                                      Deputy Clerk